**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| RAHUL RAHUL | CIVIL ACTION NO. 26-1519 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| MARKWAYNE MULLIN, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## ORDER

Considering the foregoing Petition for Writ Habeas Corpus and Motion for Temporary Restraining Order, and for the reasons stated in *Ravi v. Blanche*, No. 26-1386, Record Document 5,

**IT IS ORDERED** that counsel for petitioner, Luke H. Abrusley (La. Bar No. 32085), make no further factual contentions without evidentiary support in this case. Failure to do so will result in **CONTEMPT** proceedings and consideration of **SANCTIONS**.

**IT IS FURTHER ORDERED** that the habeas petition is **REFERRED** to the Magistrate Judge for recommendation. Record Document 1. The motion for a temporary restraining order is **DENIED** as frivolous. Record Document 3.

**DONE AND SIGNED** at Shreveport, Louisiana, this 20th day of May, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE